# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand and sixteen.

Before:     Robert A. Katzmann,
                   *Chief Judge*,
            Barrington D. Parker,
            Denny Chin,
                   *Circuit Judges*.

_____

National Football League Management Council,

      Plaintiff-Counter-Defendant - Appellant,

National Football League,                              **JUDGMENT**

      Defendant - Appellant,                    Docket Nos.  15-2801(L)
v.                                                                                  15-2805(Con)

National Football League Players Association,
on its own behalf and on behalf of Tom Brady,

      Defendant-Counter-Claimant - Appellee,

Tom Brady,

      Counter-Claimant - Appellee.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED and the case is REMANDED with instructions for the district court to confirm the arbitration award.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

